# Exhibit A

*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*
BOUNCE EXCHANGE INC
285 FULTON ST 74TH F
LOOR NEW YORK NY 10007

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684033 | 05/08/2019 | 06/04/2019 | $ 106,543.74 | 21141 | 04/24/2019 | $ 106,543.74 |
| 685066 | 05/29/2019 | 06/21/2019 | 23,775.00 | 21144 | 04/24/2019 | 23,775.00 |
| 1700414 | 08/05/2019 |  | 35,514.00 | 21142 | 07/21/2019 | 0.00 |
| TOTAL |  |  | $ 165,832.74 | 3 |  |  |